No. 421.   INDIANAPOLIS ET AL. *v.* CHASE NATIONAL BANK, TRUSTEE, ET AL.;

No. 422.   SAME *v.* CHASE NATIONAL BANK, TRUSTEE;

No. 423.   CHASE NATIONAL BANK, TRUSTEE, *v.* CITIZENS GAS CO. ET AL.; and

No. 424. CHASE NATIONAL BANK, TRUSTEE, v. IN-DIANAPOLIS GAS CO. ET AL. October 28, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. Messrs. William H. Thompson, Edward H. Knight, Perry O'Neal, and Patrick J. Smith for petitioners in Nos. 421 and 422 and respondents in Nos. 423 and 424. Messrs. Howard F. Burns, William L. Taylor, and Harvey J. Elam for the Chase National Bank. Messrs. Paul Y. Davis and William G. Sparks for Citizens Gas Co., and Messrs. Louis B. Ewbank and William R. Higgins for Indianapolis Gas Co., respondents in Nos. 423 and 424. Reported below: 113 F. 2d 217.